UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AKRAM NASRALLAH, | : | Hon. Joseph A. Greenaway, Jr. |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-858 |
| ALBERTO GONZALEZ, et al., | : | STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |
| Defendants. | : | |

The parties to the above-captioned matter hereby stipulate and agree as follows:

1. The Defendants' Answer to the Complaint is presently due on April 27, 2007.

2. The Petitioner's name check is still pending with the FBI and has been expedited.

3. The parties agree to extend the Defendants' time to answer or otherwise respond to the Complaint for thirty (30) days to May 29, 2007. (May 27 is a Sunday and May 28 a holiday).

_____
COLETTE R. BUCHANAN
Assistant United States Attorney
Attorney for Defendants

_____
AKRAM NASRALLAH
Pro Se Plaintiff

ORDER

This stipulation between the Parties shall be entered as an Order of the District Court. The Defendants' time to Answer or otherwise respond to the Complaint is extended to May 29, 2007.

SO ORDERED this ____1st____ day of ____May____, 2007.

_____
HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE